1 | Janel R. Ablon, Bar No. 198678
  | jablon@littler.com
2 | Krystal Saleh, Bar No. 320932
  | ksaleh@littler.com
3 | LITTLER MENDELSON P.C.
  | 2049 Century Park East
4 | 5th Floor
  | Los Angeles, California  90067.3107
5 | Telephone:  310.553.0308
  | Fax No.:    800.715.1330

Attorneys for Defendant
VF OUTDOOR, LLC (erroneously named in this action as VF OUTDOOR, INC.)

[*Additional Counsel on Following Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA RAMIREZ, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VF OUTDOOR, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-04479-DSF-SK<br><br>**JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  April 14, 2023<br>Trial Court Case No.:  23STCV08323 |

JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS THIS ACTION

JOSEPH LAVI, CA Bar No. 209776
jlavi@lelawfirm.com
VINCENT C. GRANBERRY, CA Bar No. 2764873
vgranberry@lelawfirm.com
S. PHILLIP SONG, CA Bar No. 326572
psong@lelawfirm.com
LAVI & EBRAHIMIAN, LLP
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff

**TO THE HONORABLE COURT:**

Plaintiff VIRGINIA RAMIREZ ("Plaintiff") and Defendant VF OUTDOOR, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant entered into the California Arbitration Agreement ("Arbitration Agreement") on January 6, 2020, which includes a class action waiver. The arbitration agreement requires the parties to arbitrate any dispute between them arising out of or relating to Plaintiff's employment or the termination of her employment on an individual basis;

WHEREAS Plaintiff filed the instant lawsuit on April 14, 2023, in the Superior Court of the State of California, County of Los Angeles, Case No. 23STCV08323, asserting claims relating to and arising out of her employment with Defendant; and

WHEREAS, Defendant removed this action to federal court under the Class Action Fairness Act of 2005 ("CAFA") on June 7, 2023.

It is HEREBY stipulated and agreed that:

1. Plaintiff's individual claims against Defendant in this action shall be submitted to binding arbitration, pursuant to the parties' Arbitration Agreement. Attached hereto as Exhibit "A" is a true and correct copy of the Arbitration Agreement.

2. The Parties agree that dismissal of the matters currently pending before the Central District Court of California, Case No. 2:23-cv-04479-DSF-SK, and the Superior Court of the State of California, County of Los Angeles, Case No. 23STCV08323, is warranted. Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate and jointly request that this Court enter a dismissal of the instant action with prejudice as to Plaintiff's individual wage and hour claims and without prejudice as to the class claims.

3. The parties will agree to a mutually-agreeable arbitrator consistent with the Arbitration Agreement.

Dated: July 6, 2023

LAVI & EBRAHIMIAN, LLP.

*/s/ S. Phillip Song*
Joseph Lavi
Vincent C. Granberry
S. Phillip Song

Attorneys for Plaintiff
VIRGINIA RAMIREZ

Dated: July 6, 2023

LITTLER MENDELSON P.C.

*/s/ Krystal Saleh*
Janel R. Ablon
Krystal Saleh

Attorneys for Defendant
VF OUTDOOR, LLC

# EXHIBIT A



# CALIFORNIA ARBITRATION AGREEMENT

The following agreement outlines the arbitration program maintained by VF Outdoor, LLC and its companies, parents, subsidiaries, sectors, affiliates and divisions ("VF Related Entities"). This agreement covers any claim that arises out of or relates to the undersigned's employment with any of the VF Related Entities.

I and the VF Related Entities agree to utilize binding individual arbitration as the sole and exclusive means to resolve all disputes that may arise out of or be related in any way to my employment, including but not limited to the termination of my employment and my compensation. I and the VF Related Entities each specifically waive and relinquish our respective rights to bring a claim against the other in a court of law. Both I and the VF Related Entities agree that any claim, dispute, and/or controversy that I may have against the VF Related Entities (or their owners, parents, subsidiaries, affiliated entities, directors, officers, managers, employees, or agents), or that the VF Related Entities may have against me, shall be submitted to and determined exclusively by binding arbitration under the Federal Arbitration Act ("FAA"), in conformity with the procedures of the California Arbitration Act (Cal. Code Civ. Proc. Sec 1280 et seq., including section 1283.05 and all of the Acts other mandatory and permissive rights to discovery). The FAA applies to this Agreement because my employer's business involves interstate commerce.

Included within the scope of this Agreement are all disputes, whether based on tort, contract, statute (including, but not limited to, any claims of discrimination, harassment and/or retaliation, and/or wage and hour violations whether they be based on the California Fair Employment and Housing Act, the California Labor Code, Title VII of the Civil Rights Act of 1964, as amended, the Fair Labor Standards Act or any other state or federal law or regulation), equitable law, or otherwise. The only exception to the requirement of binding arbitration shall be for claims arising under the National Labor Relations Act which are brought before the National Labor Relations Board, claims for medical and disability benefits under the California Workers Compensation Act, Employment Development Department Claims, or other claims that are not subject to arbitration under current law. However, nothing herein shall prevent me from filing and pursuing proceedings before the California Department of Fair Employment and Housing, or the United States Equal Employment Opportunity Commission (although if I choose to pursue a claim following the exhaustion of such administrative remedies, that claim would be subject to the provisions of this Agreement). By this binding arbitration provision, I acknowledge and agree that both the VF Related Entities and I give up our respective rights to trial by jury of any claim I or the VF Related Entities may have against the other.

All claims brought under this binding arbitration Agreement shall be brought in the individual capacity of myself or the VF Related Entities. This binding arbitration Agreement shall not be construed to allow or permit the consolidation or joinder of other claims or controversies involving any other employees or parties, or permit such claims or controversies to proceed as a class action or collective action. No arbitrator shall have the authority under this agreement to order any such class or collective action. By signing this agreement, I am agreeing to waive any substantive or procedural rights that I may have to bring an action as a class or collective action.

In addition to any other requirements imposed by law, the arbitrator selected to hear claims under this Agreement shall be a retired California Superior Court Judge or an otherwise qualified individual to whom the parties mutually agree, and shall be subject to disqualification on the same grounds as would apply to a judge of such court. All rules of pleading (including the right to demurrer), all rules of evidence, all rights to resolution of the dispute by means of motions for summary judgment, judgment on the pleadings, and judgment under Code of Civil Procedure section 631.8 shall apply and be observed. The arbitrator shall have the immunity of a judicial officer from civil liability when acting in the capacity of an arbitrator, which immunity supplements any other existing immunity. Likewise, all communications during or in connection with the arbitration proceedings are privileged in accordance with Cal. Civil Code Section 47(b). As reasonably required to allow full use and benefit of this agreement's modifications to the Act's procedures, the arbitrator shall extend the times set by the Act for the giving of notices and setting of hearings. Awards shall include the arbitrator's written reasoned opinion. Resolution of all disputes shall be based solely upon the law governing the claims and defenses pleaded, and the arbitrator may not invoke any basis (including but not limited to, notions of "just cause") other than such controlling law. The VF Related Entities involved in any litigation shall pay all of the costs of the arbitrator who presides over the matter to the extent required by California law.

Awards shall include the Arbitrator's written reasoned opinion. Resolution of all disputes shall be based upon the law governing the claims and defenses pled. The arbitrator may not invoke any basis (including but not limited to notions of "just cause") other than such controlling law. Judgment upon the arbitrator's award may be entered in any court of competent jurisdiction. The VF Related Entities involved in any litigation shall pay all of the costs of the arbitrator who presides over the matter to the extent required by California law.

This is the entire agreement between myself and the VF Related Entities regarding dispute resolution. This agreement supersedes any and all prior agreements regarding these issues. Oral representations or agreements made before or after my execution of this Agreement do not alter this Agreement. If any term, provision or portion of this Agreement is determined to be void or unenforceable it shall be severed and the remainder of this Agreement shall be fully enforceable.

**MY SIGNATURE BELOW ATTESTS TO THE FACT THAT I HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS. I ACKNOWLEDGE THAT I HAVE ALSO RECEIVED A SIGNED COPY OF THIS AGREEMENT FOR MY RECORDS. I FURTHER UNDERSTAND THAT THIS AGREEMENT REQUIRES ME TO ARBITRATE ANY AND ALL DISPUTES THAT ARISE OUT OF MY EMPLOYMENT. DO NOT SIGN UNTIL YOU HAVE READ THE ABOVE AGREEMENT.**

_Virginia Suzanne Ramirez_
Print Full Name

_____
Employee ID Number

_Virginia Suzanne Ramirez_
Signature

_1/06/2020_
Date

[RETAIN IN EMPLOYEE PERSONNEL FILE]